JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| NU VISTA WINDOWS & DOORS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ALUCORP, LLC, an Arizona limited liability company; and CORPORATIVO ALUTECH, S. de R. L. de C.V. doing business as ALUCORP,<br><br>Defendants. | NO. 2:22-cv-07652-AB (KSx)<br><br>[PROPOSED] **ORDER GRANTING STIPULATED MOTION TO DISMISS ALL CLAIMS WITHOUT PREJUDICE** |

Having considered the Parties' Stipulated Motion to Dismiss All Claims Without Prejudice, **IT IS HEREBY ORDERED** that this matter is dismissed without prejudice as to all Defendants.  Each party to bear its own attorneys' fee and costs.

Dated:  February 22, 2023

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE